*(Juvenile Material Witness)*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> JOSE LUIS OLIMON-HERNANDEZ ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08 mj 709 CAB <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **ANTHONY J. BATTAGLIA**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

(J.V.M.) Jose Ariel Velasco-Mejia

DATED: 3-13-08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk